PER CURIAM.
The petition is granted and Joseph D. Lamb, Sr., is hereby afforded a belated appeal from his judgments and sentences in Duval County case numbers 16-2008-CF-12728-AXXX-MA, 16-2008-CF-13869-AXXX-MA, 16-2008-CF-13870-AXXX-MA, 16-2008-CF-14183-AXXX-MA, 16-2009-CF-3611-AXXX-MA, 16-2009-CF-3612-AXXX-MA, 16-2009-CF-3613-AXXX-MA, 16-2009-CF-3614-AXXX-MA, 16-2009-CF-3615-AXXX-MA, 16-2009-CF-3617-AXXX-MA, 16-2009-CF-4385-AXXX-MA, and 16-2009-CF-4388-AXXX-MA. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court who shall treat it as a notice of appeal. Fla. R.App. P. 9.140(c)(5)(D).
The circuit court is directed to appoint counsel to represent Lamb in the appeal if he qualifies for such an appointment.
PETITION GRANTED.
WEBSTER, LEWIS, and ROBERTS, JJ., concur.